IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN BAILEY,

    Petitioner,

v.     CASE NO. 4:11-cv-362-SPM-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

# O R D E R

Petitioner initiated this case by filing Doc. 1, a habeas corpus petition pursuant to 28 U.S.C § 2254 in which Petitioner challenges a prison disciplinary conviction that resulted in the loss of gain time.  This matter is now before the Court on Doc. 9, Petitioner's "Emergency Motion for Leave to File And Emergency Supplement." Petitioner contends that if he succeeds on the merits of his habeas corpus petition, he will be entitled to immediate release due to his current anticipated release date of April 11, 2012.  Doc. 9.

On October 31, 2011, Respondent filed a motion to dismiss this case because Petitioner failed to exhaust administrative remedies, a prerequisite to the Court's exercise of habeas corpus jurisdiction.  Doc. 6.  Petitioner filed a response in opposition to the motion, Doc. 8.

Respondent's motion to dismiss cites portions of Petitioner's habeas petition that pertain to the administrative and state-court procedural history of this case. Respondent has not, however, provided the Court with any portions of the

administrative or state-court record.  Such records are necessary to the Court's resolution of the exhaustion issue presented by Respondent's motion.

Accordingly, upon due consideration, it is:

**ORDERED AND ADJUDGED:**

1.  Petitioner's "Emergency Motion", Doc. 9, is **GRANTED** to the extent that the Court construes the motion as a supplement to the pending habeas petition.

2.  Respondent shall file the administrative and state-court records relevant to the motion to dismiss **on or before DECEMBER 30, 2011**.

**DONE AND ORDERED** this 12th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 4:-cv-362-SPM-GRJ*