IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN BAILEY,

      Petitioner,

vs.                               CASE NO.: 4:11-CV-362-SPM/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 16). Respondent filed objections (doc. 17). Upon consideration and despite Respondent's objections, I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED and ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 16) is **adopted** and incorporated by reference into this order.

2. The Motion to Dismiss (doc. 6) is **denied**.

3.	This case is referred to Magistrate Judge Gary R. Jones for further proceedings.

DONE AND ORDERED this 29th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge