IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN BAILEY,

    Petitioner,

v.                                                          CASE NO. 4:11-cv-362-MCR-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

Petitioner initiated this case by filing Doc. 1, a habeas corpus petition pursuant to 28 U.S.C § 2254 in which Petitioner challenges a prison disciplinary conviction that resulted in the loss of gain time. The Court previously denied Respondent's motion to dismiss the Petition for failure to exhaust administrative remedies. Docs. 16, 18. This matter is now before the Court on Doc. 32, Respondent's renewed motion to dismiss this case as moot because Petitioner was released from confinement upon the expiration of the incarcerative portion of his sentence. The Court afforded Petitioner until March 20, 2013, to respond to the motion to dismiss. Doc. 31. That order was mailed to Petitioner at the last address provided by him, but was returned as undeliverable. It was remailed to Petitioner's address of record on the DOC inmate locator website. Doc. 33. Petitioner did not respond.

On April 2, 2013, the Court ordered Petitioner to show cause on or before April 16, 2013, as to why the petition should not be dismissed as moot and/or for failure to prosecute. Doc. 34. As of this date, Petitioner has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that the motion to dismiss, Doc. 32, should be **GRANTED** and this case should be dismissed as moot and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 22nd day of April 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.